# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Teamsters Local 346 Savings and 401(k) Plan,   Civil No. 11-88 (RHK/LIB)

    Plaintiff,   **ORDER**

vs.

Northland Foods of Minnesota, Inc.,

    Defendant.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: January 12, 2011

                                                     s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge